

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00300-CV

### IN THE MATTER OF THE MARRIAGE OF
### DEBPRAH YOUNT SCOTT AND STUART LINDSEY SCOTT
### AND IN THE INTEREST OF
### E.L.S., T.M.Y.-S., D.M.S., AND D.L.S., CHILDREN,

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 13-000532-CVD-272**

## MEMORANDUM OPINION

Appellant, Stuart Lindsey Scott, filed motion for voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Scott no longer wishes to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed January 15, 2015
[CV06]

